FILED
6/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN CHEUNG | No.<br><br>Violation: Title 26, United States Code, Section 7206(1)<br>1:25-cr-00339<br>Judge Elaine E. Bucklo<br>Magistrate Judge Daniel P. McLaughlin<br>Cat 3 Random Assignment |

The UNITED STATES ATTORNEY charges:

On or about September 1, 2019, in the Northern District of Illinois, Eastern Division,

BRIAN CHEUNG,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2018, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return reported on Line 6 that his total income was $84,315, when defendant knew that his total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

MICHELLE PETERSEN Digitally signed by MICHELLE PETERSEN Date: 2025.04.06 21:51:06 -05'00' for AB

UNITED STATES ATTORNEY