FILED
6/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

FELONY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Brian Cheung | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Tax Offenses - evasion and false returns III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 26, United States Code, Section 7206(1)**

Assistant United States Attorney(s): **Mary Katherine McClelland**

Contact Person and Phone Number: **Mary Katherine McClelland, 312-353-0517**

1:25-cr-00339
Judge Elaine E. Bucklo
Magistrate Judge Daniel P. McLaughlin
Cat 3 Random Assignment